# COMPOSITE EXHIBIT 1

United States Copyright Registration Certificates

**COMPOSITE EXHIBIT 1**

# TAB A

United States Copyright Registration No. VA 2-339-083

Axolotl inflatable costume

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-339-083**

**Effective Date of Registration:**
February 01, 2023

**Registration Decision Date:**
March 21, 2023

## Title

**Title of Work:** Axolotl inflatable costume

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** February 01, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Guiping Zhang
  **Author Created:** 3-D artwork
  **Work made for hire:** No
  **Citizen of:** China

## Copyright Claimant

**Copyright Claimant:** Guiping Zhang
No. 520, Group 10, Lao Wang Ji Villagers Group, Zhangqiao Township, Zhecheng County, Henan Province, China

## Certification

**Name:** Guiping Zhang
**Date:** February 01, 2023
**Applicant's Tracking Number:** Z202301061

**Copyright Office notes:** Regarding basis for registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**COMPOSITE EXHIBIT 1**

# TAB B

United States Copyright Registration No. VAu 1-519-648

Ride on Axolotl Inflatable Costume

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-519-648**
**Effective Date of Registration:**
December 13, 2023
**Registration Decision Date:**
February 21, 2024

## Title

**Title of Work:** Ride on Axolotl Inflatable Costume

## Completion/Publication

**Year of Completion:** 2023

## Author

- **Author:** Shenzhen Anru Electronics Co., Ltd.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Anru Electronics Co., Ltd.
Room 501, Unit 8, Building 2, Shangxing Commercial Street, Shangde Road, Shangxing Community, Xinqiao Street, Baoan District, Shenzhen, China

## Certification

**Name:** Qingbin Zhou
**Date:** December 13, 2023
**Applicant's Tracking Number:** Z202312001

---

**Copyright Office notes:** Basis for Registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**COMPOSITE EXHIBIT 1**

# TAB C

United States Copyright Registration No. VA 2-394-855

Capybara Inflatable Costume

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-394-855**
**Effective Date of Registration:**
March 05, 2024
**Registration Decision Date:**
May 21, 2024

## Title

**Title of Work:** Capybara Inflatable Costume

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 01, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Shenzhen Xinbenchuang Electronics Co., Ltd.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Xinbenchuang Electronics Co., Ltd.
508, Unit 8, Bldg 2, Shangxing Commercial St., Shangde Rd., Shangxing Community, Xinqiao St., Bao'an, Shenzhen, China

## Certification

**Name:** Zanzan Zhou
**Date:** March 05, 2024
**Applicant's Tracking Number:** Z202402020

**Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**COMPOSITE EXHIBIT 1**

# TAB D

United States Copyright Registration No. VAu 1-532-365

Capybara Inflatable Costume

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter
United States Register of Copyrights and Director

**Registration Number**
**VAu 1-532-365**
**Effective Date of Registration:**
May 08, 2024
**Registration Decision Date:**
August 15, 2024

## Title

**Title of Work:** Capybara Inflatable Costume

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Shenzhen Xinbenchuang Electronics Co., Ltd.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Xinbenchuang Electronics Co., Ltd.
508, Unit 8, Bldg 2, Shangxing Commercial St., Shangde Rd., Shangxing Community, Xinqiao St., Bao'an, Shenzhen, China

## Certification

**Name:** Zanzan Zhou
**Date:** May 08, 2024
**Applicant's Tracking Number:** XB2024050001

---

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited artwork only. 17 USC 101, 102(a), and 113.

**COMPOSITE EXHIBIT 1**

# TAB E

United States Copyright Registration No. VAu 1-531-662

Turtle Inflatables Costume

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-531-662**
**Effective Date of Registration:**
June 20, 2024
**Registration Decision Date:**
August 07, 2024

## Title

**Title of Work:** Turtle Inflatables Costume

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Shenzhen Xinbenchuang Electronics Co., Ltd.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Xinbenchuang Electronics Co., Ltd.
508, Unit 8, Bldg 2, Shangxing Commercial St., Shangde Rd., Shangxing Community, Xinqiao St., Bao'an, Shenzhen, China

## Certification

**Name:** Zanzan Zhou
**Date:** June 20, 2024
**Applicant's Tracking Number:** XB2024060020

**Copyright Office notes:** Basis for Registration: Graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**COMPOSITE EXHIBIT 1**

# TAB F

United States Copyright Registration No. VA 2-420-715

Inflatable Christmas Tree Ring Toss Game

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-715**

**Effective Date of Registration:**
September 05, 2024

**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** Inflatable Christmas Tree Ring Toss Game

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 24, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Shenzhen Xinbenchuang Electronics Co., Ltd.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Xinbenchuang Electronics Co., Ltd.
508, Unit 8, Bldg 2, Shangxing Commercial St., Shangde Rd., Shangxing Community, Xinqiao St., Bao'an, Shenzhen, China

## Certification

**Name:** Zanzan Zhou
**Date:** September 05, 2024
**Applicant's Tracking Number:** XB2024090002

---

**Copyright Office notes:** Basis for Registration: Unit of Publication.

Basis for Registration: Idea for, and procedure or method of operation used in,

game not copyrightable. 17 USC 102(b). Registration extends to artwork contained in deposited work.

**COMPOSITE EXHIBIT 1**

# TAB G

United States Copyright Registration No. VA 2-433-922

Funny Ride Capybara Inflatable Costume

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-433-922**
**Effective Date of Registration:**
December 19, 2024
**Registration Decision Date:**
February 24, 2025

## Title

**Title of Work:** Funny Ride Capybara Inflatable Costume

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** December 06, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Shenzhen Xinbenchuang Electronics Co., Ltd.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Xinbenchuang Electronics Co., Ltd.
508, Unit 8, Bldg 2, Shangxing Commercial St., Shangde Rd., Shangxing Community, Xinqiao St., Bao'an, Shenzhen, China

## Certification

**Name:** Zanzan Zhou
**Date:** December 19, 2024
**Applicant's Tracking Number:** XB2024120012

**Copyright Office notes:** Basis for Registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**COMPOSITE EXHIBIT 1**

# TAB H

United States Copyright Registration No. VA 2-433-936

Couple Dachshund Inflatable Costumes

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-433-936**

**Effective Date of Registration:**
December 24, 2024

**Registration Decision Date:**
February 24, 2025

## Title

**Title of Work:** Couple Dachshund Inflatable Costumes

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** December 24, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Shenzhen Xinbenchuang Electronics Co., Ltd.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Xinbenchuang Electronics Co., Ltd.
508, Unit 8, Bldg 2, Shangxing Commercial St., Shangde Rd., Shangxing Community, Xinqiao St., Bao'an, Shenzhen, China

## Certification

**Name:** Zanzan Zhou
**Date:** December 24, 2024
**Applicant's Tracking Number:** XB2024120029

---

**Copyright Office notes:** Basis for Registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**COMPOSITE EXHIBIT 1**

# TAB I

United States Copyright Registration No. VAu 1-545-436

Octopus Hijack Inflatable Costume

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VAu 1-545-436**
**Effective Date of Registration:**
December 25, 2024
**Registration Decision Date:**
February 24, 2025

## Title

**Title of Work:** Octopus Hijack Inflatable Costume

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Shenzhen Xinbenchuang Electronics Co., Ltd.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Xinbenchuang Electronics Co., Ltd.
508, Unit 8, Bldg 2, Shangxing Commercial St., Shangde Rd., Shangxing Community, Xinqiao St., Bao'an, Shenzhen, China

## Certification

**Name:** Zanzan Zhou
**Date:** December 25, 2024
**Applicant's Tracking Number:** XB2024120032

**Copyright Office notes:** Basis for Registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

**COMPOSITE EXHIBIT 1**

# TAB J

United States Copyright Registration No. VA 2-492-475

Inflatable Halloween Ring Toss Game

**Registration Number**
**VA 2-492-475**
**Effective Date of Registration:**
September 29, 2025
**Registration Decision Date:**
March 31, 2026

## Title

**Title of Work:** Inflatable Halloween Ring Toss Game

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** June 14, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Shenzhen Xinbenchuang Electronics Co., Ltd.
  **Author Created:** 3-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** Shenzhen Xinbenchuang Electronics Co., Ltd.
508, Unit 8, Bldg 2, Shangxing Commercial St., Shangde Rd., Shangxing Community, Xinqiao St., Bao'an, Shenzhen, China

## Certification

**Name:** Zanzan Zhou
**Date:** September 29, 2025
**Applicant's Tracking Number:** XB2025090029

---

**Copyright Office notes:** Basis for Registration: Unit of publication.