**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:26-cv-26668-CMA

**SHENZHEN XINBENCHUANG ELECTRONICS CO., LTD.,** )
)
Plaintiff, )
)
v. )
)
THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," )

Defendants.

---

**<u>SCHEDULE "A"</u>**
**(FILED UNDER SEAL)**

This Schedule "A" is organized in three parts. Part I identifies each copyrighted Work asserted in this action by registration number, title, and effective date of registration, and reproduces the deposit copy submitted to the United States Copyright Office for that registration. Part II identifies each Defendant by seller name, marketplace platform, seller identification, and storefront address, together with the accused listings attributed to it and the Work each Defendant is alleged to infringe. Part III reproduces a screenshot of each accused listing.

## PART I: REGISTERED WORKS AND DEPOSIT COPIES

| No. | Registration No. | Title of Work | Effective Date of Registration | Deposit Copy |
|---|---|---|---|---|
| 1 | VA 2-339-083 | Axolotl inflatable costume | February 1, 2023 |  |
| 2 | VAu 1-519-648 | Ride on Axolotl Inflatable Costume | December 13, 2023 |  |
| 3 | VA 2-394-855 | Capybara Inflatable Costume | March 5, 2024 |  |

| No. | Registration No. | Title of Work | Effective Date of Registration | Deposit Copy |
|---|---|---|---|---|
| 4 | VAu 1-532-365 | Capybara Inflatable Costume | May 8, 2024 |  |
| 5 | VAu 1-531-662 | Turtle Inflatables Costume | June 20, 2024 |  |
| 6 | VA 2-420-715 | Inflatable Christmas Tree Ring Toss Game | September 5, 2024 |  |

| No. | Registration No. | Title of Work | Effective Date of Registration | Deposit Copy |
|---|---|---|---|---|
| 7 | VA 2-433-922 | Funny Ride Capybara Inflatable Costume | December 19, 2024 |  |
| 8 | VA 2-433-936 | Couple Dachshund Inflatable Costumes | December 24, 2024 |  |
| 9 | VAu 1-545-436 | Octopus Hijack Inflatable Costume | December 25, 2024 |  |

| No. | Registration No. | Title of Work | Effective Date of Registration | Deposit Copy |
|---|---|---|---|---|
| 10 | VA 2-492-475 | Inflatable Halloween Ring Toss Game | September 29, 2025 |  |

REDACTED PENDING MOTION TO SEAL