**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26668-CIV-ALTONAGA/Reid**

**SHENZHEN XINBENCHUANG ELECTRONICS CO. LTD.**,

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE "A,"**

Defendants.
_______________________________________/

# ORDER

**THIS CAUSE** is before the Court *sua sponte*. On October 2, 2026, Plaintiff, Shenzhen Xinbenchuang Electronics Co., Ltd. filed an Amended Verified Complaint [ECF No. 9] and Motion for a Preliminary Injunction . . . ("Motion") [ECF No. 12]. A court may issue a preliminary injunction only on notice to the adverse party under Federal Rule of Civil Procedure 65(a)(1). Although the Summons [ECF No. 3] has been issued as to all Defendants, no certificates of service upon Defendants accompany the Motion, and it is apparent that the Amended Verified Complaint has not yet been served. (*See generally* Mot.; Dkt.). Accordingly, it is

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction . . . **[ECF No. 12]** is **DENIED without prejudice**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of October, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**