**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-26668-CIV-ALTONAGA/Reid**

**SHENZHEN XINBENCHUANG ELECTRONICS CO. LTD.**,

Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE "A,"**

Defendants.
_______________________________________/

# ORDER

**THIS CAUSE** came before the Court on Plaintiff, Shenzhen Xinbenchuang Electronics Co., Ltd.'s *Ex Parte* Motion for Leave to Effect Service of Process by Alternative Means [ECF No. 18], filed on October 6, 2026. Plaintiff relies on "Exhibit A" — a document titled "Service Chart" — that Plaintiff states was "filed under seal and incorporated" into the Motion. (*See id.* 1).[1] No such document accompanied the Motion. (*See generally id.*).

In its October 7, 2026 Order [ECF No. 20], the Court granted Plaintiff's Renewed Motion for Leave to File Schedule "A" and Defendant-Identifying Exhibits Temporarily Under Seal [ECF No. 14], permitting Plaintiff file Exhibit A under seal for the Court's review in determining whether alternative service is appropriate. (*See* Oct. 7, 2026 Order 3–4). To date, Plaintiff has neither filed Exhibit A under seal, nor any of the documents identified in the October 7, 2026 Order.

Accordingly, it is

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

**ORDERED** that Plaintiff, Shenzhen Xinbenchuang Electronics Co., Ltd.'s *Ex Parte* Motion for Leave to Effect Service of Process by Alternative Means **[ECF No. 18]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 9th day of October, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**